No. 88–5837.  RHOADES v. IDAHO.  Appeal from Dist. Ct. Idaho, 7th Jud. Dist., Bonneville County, dismissed for want of jurisdiction.

No. 88–759.  CLARK v. FLORIDA BAR.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–804.  DAVIS v. OKLAHOMA.  Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–852.  HOOKER ET UX. v. UNITED STATES.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–896.  POLYAK v. HULEN ET AL.  Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5425.  LYERLA v. SOUTH DAKOTA.  Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5852.  BETKA v. CITY OF WEST LINN, OREGON, ET AL. (two cases).  Appeals from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied.

No. 88–5785.  O'LEARY v. YARMOSKY.  Appeal from App. Ct. Mass. dismissed for want of substantial federal question.

No. 87–1630.  RELIANCE INSURANCE CO. v. GLADOS, INC. C. A. 11th Cir.  Motion of respondent to award attorney's fees denied.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Beech Aircraft Corp.* v. *Rainey, ante,* p. 153.